**No. 57400.**—International Expediters, Inc. *v.* United States, protest 196754–K (New York).

Opinion by Johnson, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

June 10, 1953

**No. 57401.**—Suit 4732.—United States *v.* R. C. Williams & Co., Inc.

C. D. 1387 affirmed January 14, 1953. C. A. D. 508.

Before the Third Division, June 17, 1953

**No. 57402.**—The Little Jones Co., Inc. *v.* United States, protests 154656–K, 155234–K, and 158326–K (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel and following *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the items marked with the letter "A," consisting of "leaf trays, duck trays, fish trays, backs and irons," were held dutiable at 25 percent under paragraph 339, as modified by the trade agreement with the United Kingdom (T. D. 49753), as household utensils, composed wholly or in chief value of pewter, not plated with platinum, gold, or silver; and the items marked with the letter "B," consisting of "cloisonne lily bowls and trays, enamel trays, boats and irons, and brass irons with soapstone and wood handles," were held dutiable at 40 percent under paragraph 339 as household utensils, composed wholly or in chief value of copper or brass, not plated with platinum, gold, or silver.